AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Dr. Qing Wang, a.k.a. Kenneth Wang<br><br><br><br>*Defendant(s)* | )<br>)<br>) Case No.  1:20 MJ 9111<br>)<br>)<br>)<br>) |

**FILED**
10:09 am May 12 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  2008 to March 2, 2020  in the county of  Cuyahoga  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 287 and 1343 | False Claims and Wire Fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*L. John Matthews* (signature)

Complainant's signature

L. John Matthews, Special Agent, FBI
Printed name and title

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)

Date:  5/12/20

*William H. Baughman, Jr.* (signature)

Judge's signature

City and state:  Cleveland, Ohio    William H. Baughman, Jr., U.S. Magistrate Judge
Printed name and title