IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20MJ9111 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE WILLIAM H. |
| | ) | BAUGHMAN, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| QING WANG, A.K.A. KENNETH WANG, | ) | GOVERNMENT'S MOTION |
| | ) | TO DISMISS COMPLAINT WITHOUT |
| Defendant. | ) | PREJUDICE |

Now comes the United States of America, through its counsel, Bridget M. Brennan, Acting United States Attorney, and Michael L. Collyer and Brian S. Deckert, Assistant United States Attorneys, and respectfully moves this Court for an order to dismiss this matter without prejudice. A copy of the Order of Dismissal is attached hereto.

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By: /s/ Michael L. Collyer
Michael L. Collyer (OH: 0061719)
Brian S. Deckert (OH: 0071220)
Assistant United States Attorneys
801 West Superior Avenue
Suite 400
Cleveland, Ohio 44113
(216) 622-3744
(216) 622-3873
michael.collyer@usdoj.gov
brian.deckert@usdoj.gov