Form OBD-113   Order of Dismissal
(Rev. 11-13)

FILED
2:48 pm Jul 20 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20MJ9111 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |
| QING WANG, A.K.A. KENNETH WANG, | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses, without prejudice, the Complaint against Qing Wang, a.k.a. Kenneth Wang, defendant.

_____
BRIDGET M. BRENNAN
Acting United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date: __7/20/21_____